EDWARD A. TREDER
State Bar No. 116307
JAMES T. LEE
State Bar No. 110838
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, California 91765
(626) 915-5714 – Phone
(626) 915-0289 – Fax
JamesL@BDFGroup.com
File No. 5888250

Attorneys for Defendant,
NDEX WEST, LLC (erroneously sued as "NDEX WEST, L.L.C.")

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SCHRUPP,<br><br>        Plaintiff,<br>vs.<br><br>WELLS FARGO BANK, N.A.; NDEX WEST, L.L.C. and DOES 1 through 20, inclusive,<br><br>        Defendants. | CASE NO. 2:16-CV-00636-WBS-KJN<br><br>HON. WILLIAM B. SHUBB<br><br>**ORDER GRANTING DEFENDANT'S COUNSEL'S REQUEST TO APPEAR TELEPHONICALLY AT THE JUNE 13, 2016 HEARING**<br><br><br>Date: June 13, 2016<br>Time: 1:30 p.m.<br>Ctrm: 5, 14th Floor |

**IT IS HEREBY ORDERED THAT:**

The Administrative request to appear telephonically is GRANTED. Counsel of record for Defendant NDEX WEST, LLC, James T. Lee, may appear telephonically at the hearing for the Motion to Dismiss Complaint set for June 13, 2016, at 1:30 p.m. in Courtroom 5-14th Floor, of

///

the above-entitled Court.  The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

Dated:  May 5, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE