

1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT

9          EASTERN DISTRICT OF CALIFORNIA

10

11   PAUL SCHRUPP, an individual,            Case No.: 2:16-cv-00636-WBS-KJN

12              Plaintiff,

13                                           **ORDER GRANTING JOINT
                                             STIPULATION TO CONTINUE STATUS**
14       v.                                  **CONFERENCE**

15
     WELLS FARGO BANK, N.A.; NDEX WEST,
16   L.L.C.; and DOES 1 through 20 inclusive,

17
                Defendants.
18

19

20

21

22

23

24

25

26

27

28

1    The Court, having reviewed the Joint Stipulation to extend time to respond to the

2    complaint and GOOD CAUSE APPEARING,

3        **IT IS HEREBY ORDERED THAT:**

4        1.    The Status Conference is continued from August 1, 2016 to October 11, 2016,

5    1:30 p.m., in Courtroom 5.  A Joint Status Report shall be filed no later than September 27, 2016.

6        **IT IS SO ORDERED.**

7    Dated:  July 28, 2016

8                                          _____

9                                          WILLIAM B. SHUBB
                                           UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO.:  2:16-CV-00636-WBS-KJN
[PROPOSED] ORDER GRANTING STIPULATION
TO CONTINUE STATUS CONFERENCE

1

**CERTIFICATE OF SERVICE**

2

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

3

4

On the date below, I served a copy of the foregoing document entitled:

5

**[PROPOSED] ORDER GRANTING JOINT STIPULATION**
**TO CONTINUE STATUS CONFERENCE**

6

7

on the interested parties in said case as follows:

8

**Served Via the Court's CM/ECF System:**

9

| *Counsel for Plaintiff:* | *Counsel for NDeX West, LLC:* |
|---|---|
| Eric Andrew Mercer, Esq. | Edward A. Treder, Esq. |
| eric@ericmercerlaw.com | edwardt@bdfgroup.com |
| LAW OFFICE OF | James T. Lee, Esq. |
| ERIC ANDREW MERCER | jamesl@bdfgroup.com |
| 770 L Street, Suite 950 | BARRETT DAFFIN FRAPPIER |
| Sacramento, CA 95814 | TREDER & WEISS, LLP |
|  | 20955 Pathfinder Road, Suite 300 |
| Tel: (916) 361-6022 | Diamond Bar, CA 91765 |
| Fax: (916) 361-6023 |  |
|  | Tel: (626) 915-5714 |
|  | Fax: (909) 595-7640 |

10

11

12

13

14

15

16

17

18

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on July 27, 2016.

19

20

| Rachelle Guillory | */s/ Rachelle Guillory* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |

21

22

23

24

25

26

27

28