Eric Andrew Mercer, SBN 248707
LAW OFFICE OF ERIC ANDREW MERCER
770 L Street, Suite 950
Sacramento, CA 95814
Telephone:   (916) 361-6022
Facsimile:    (916) 361-6023
Email:          eric@ericmercerlaw.com

Attorneys for Plaintiff PAUL SCHRUPP

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| PAUL SCHRUPP, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WELLS FARGO BANK, N.A.; NDEX WEST, L.L.C.; and DOES 1 through 20 inclusive,<br><br>　　　　　Defendants. | Case No. 2:16-cv-00636-WBS-KJN<br><br>**ORDER OF DISMISSAL OF NDEX WEST, L.L.C., WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)]<br><br>Complaint Filed: January 10, 2016<br>Trial Date: None Set |

1

**ORDER OF DISMISSAL OF NDEX WEST, L.L.C., WITH PREJUDICE**

1  The Court, having read and considered the Stipulation of Dismissal with Prejudice by and
2  between Plaintiff, PAUL SCHRUPP, and Defendant, NDEX WEST, L.L.C. ("NDEX WEST"),
3  (collectively, the "Parties") (collectively, the "Parties"), and good cause appearing therefore,
4  hereby ORDERS that:
5     1.   This action, and each and every claim asserted in this action against NDEX WEST
6  in the action, is dismissed in its entirety;
7     2.   The dismissal is with prejudice; and
8     3.   Each of the Parties is to bear its own attorney's fees and costs.
9  **IT IS SO ORDERED.**
10 **Dated: September 9, 2016**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

LAW OFFICE OF ERIC ANDREW MERCER

2

**ORDER OF DISMISSAL OF NDEX WEST, L.L.C., WITH PREJUDICE**