Eric Andrew Mercer, SBN 248707
LAW OFFICE OF ERIC ANDREW MERCER
770 L Street, Suite 950
Sacramento, CA 95814
Telephone: (916) 361-6022
Facsimile: (916) 361-6023
Email: eric@ericmercerlaw.com

Attorneys for Plaintiff PAUL SCHRUPP

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| PAUL SCHRUPP, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A.; NDEX WEST, L.L.C.; and DOES 1 through 20 inclusive,<br><br>　　　　Defendants. | Case No. 2:16-cv-00636-WBS-KJN<br><br>**ORDER TO EXTEND DISCOVERY-RELATED DEADLINES**<br><br>Complaint Filed: January 10, 2016<br>Trial Date: May 15, 2018 |

The Court, having read and considered the Joint Stipulation to Extend Discovery-Related Deadlines by and between Plaintiff, PAUL SCHRUPP, and Defendant, WELLS FARGO BANK, N.A., (collectively, the "Parties"), and good cause appearing therefore, hereby ORDERS that:

1. The discovery cut-off date shall be January 8, 2018; and
2. The deadline to file dispositive motions shall be January 26, 2018.
3. All other deadlines remain unchanged.

**IT IS SO ORDERED.**

Dated: October 2, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE