UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SCHRUPP, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A.; NDEX WEST, L.L.C.; and DOES 1 through 20 inclusive,<br><br>　　　　Defendants. | Case No.: 2:16-cv-00636-WBS-KJN<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE DISCOVERY AND DISPOSITIVE MOTION CUT-OFF, FINAL PRETRIAL CONFERENCE, AND TRIAL DATES** |

The Court, having reviewed the Joint Stipulation to continue trial date and related deadlines, and GOOD CAUSE APPEARING, PURSUANT TO STIPULATION hereby orders that:

1. Discovery Cut-Off shall be February 12, 2018;
2. Dispositive Motion filing deadline shall be March 2, 2018;
3. Final Pretrial Conference is set on **April 23, 2018 at 1:30 p.m.**;
4. Trial is continued to **June 19, 2018 at 9:00 a.m.**

1
2      **IT IS SO ORDERED**.
3
4   Dated:  November 22, 2017
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 301 N. Lake Avenue, Suite 1100, Pasadena, California 91101-4158.

On the date below, I served a copy of the foregoing document entitled:

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE DISCOVERY AND MOTION CUT-OFF, FINAL PRETRIAL CONFERENCE, AND TRIAL DATE**

on the interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System**

*Counsel for Plaintiff:*

Eric Andrew Mercer, Esq.
eric@ericmercerlaw.com
LAW OFFICE OF
ERIC ANDREW MERCER
770 L Street, Suite 950
Sacramento, CA 95814

Tel: (916) 361-6022
Fax: (916) 361-6023

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on November 22, 2017.

| Rachelle Guillory | */s/ Rachelle Guillory* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |