UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SCHRUPP<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A.<br><br>　　　　　Defendant. | No. 2:16-cv-636-WBS-KJN<br><br><br><br>ORDER |

Presently pending before the court is plaintiff's motion to compel discovery. (ECF No. 33.) For the reasons discussed below, the court DENIES the motion without prejudice.

According to the parties' joint statement regarding the discovery disagreement, plaintiff provided defendant with its first draft of the joint statement on January 31, 2018, and a revised version with additional arguments on February 1, 2018, at 12:30 p.m., the day that the parties' joint statement was due to be filed in court pursuant to Local Rule 251. Review of the parties' 50-page joint statement makes clear that defendant Wells Fargo had insufficient time to properly respond to some of the issues raised by plaintiff, and that the parties have not yet fully exhausted the informal meet-and-confer process with respect to several of the issues. Joint statements regarding discovery disagreements contemplate the parties thoroughly discussing their disagreements and participating in a cooperative drafting process over several days to present

1

remaining issues to the court in a concise and well-articulated manner.  A joint statement is not intended to be a document hastily prepared by copying and pasting each side's arguments into a single document at the last minute.  Such briefing does not promote proper resolution of the issues, and amounts to a waste of judicial resources.

Accordingly, the court DENIES the motion without prejudice, and VACATES the February 8, 2018 hearing.  The parties shall properly meet and confer prior to filing any further discovery motion, which shall fully comply with the letter and spirit of Local Rule 251.  Furthermore, in the interest of avoiding unnecessary briefing and expense, the parties are also strongly encouraged to use the undersigned's procedures for informal telephonic discovery conferences, if appropriate.[1]

IT IS SO ORDERED.

This order resolves ECF No. 33.

Dated:  February 5, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] See http://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/5046/.