UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SCHRUPP,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | No. 2:16-cv-0636-WBS-KJN<br><br><br><br>ORDER |

On February 12, 2018, the court conducted an informal telephonic discovery conference in this matter. Attorney Eric Mercer appeared on behalf of plaintiff, and attorney Dennis La appeared on behalf of defendant. After considering the parties' written submissions (ECF Nos. 38, 39, 40), and for the reasons discussed with the parties at the conference, IT IS HEREBY ORDERED that:

1. No later than February 19, 2018, defendant's counsel shall confer with his client, and communicate with plaintiff, regarding the existence of a written policy or procedure concerning how loan payments made to a bankruptcy trustee are treated by Wells Fargo. If such a policy or procedure exists, defendant shall promptly produce it to plaintiff, and the parties shall meet and confer regarding whether any supplemental Rule 30(b)(6) testimony with respect to such a policy or procedure is necessary.

2. Plaintiff's request for supplemental Rule 30(b)(6) testimony with respect to the LMNT records is denied without prejudice. The parties shall promptly meet and confer regarding (a) the existence of any LMNT documents that have not been produced; (b) the existence of a policy or procedure that explains or clarifies the LMNT documents; and (c) the need for, and propriety of, supplemental Rule 30(b)(6) testimony concerning the LMNT documents, including the extent to which other measures, such as declarations or stipulations, could be employed to avoid additional deposition testimony.

3. Pursuant to plaintiff's representation at the conference, all other discovery issues raised in the parties' joint statement are deemed withdrawn.

4. The February 12, 2018 discovery completion deadline is extended for the limited purpose of conducting the above-mentioned discovery activities only. All other scheduling deadlines remain unchanged, subject to any modification by the district judge.

5. Plaintiff's ex parte application for a general extension of the discovery completion deadline (ECF No. 39) is DENIED.

IT IS SO ORDERED.

Dated: February 14, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE