UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SCHRUPP,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant. | No. 2:16-cv-0636-WBS-KJN<br><br><br>ORDER |

On February 22, 2018, the court conducted an informal telephonic discovery conference in this matter. Attorney Eric Mercer appeared on behalf of plaintiff, and attorney Dennis La appeared on behalf of defendant. After considering the parties' joint letter (ECF Nos. 44), and for the reasons discussed with the parties at the conference, IT IS HEREBY ORDERED that:

1. Defendant shall promptly produce the policies and procedures concerning how loan payments made to a bankruptcy trustee are treated by Wells Fargo pursuant to a stipulated protective order to be agreed upon by the parties.
2. To facilitate the above-mentioned prompt production, defendant shall provide a draft stipulated protective order for plaintiff's consideration no later than February 23, 2018. The stipulated protective order shall provide for no disclosure of the documents or information to anyone outside of this litigation. However, it shall not preclude any

1

party from submitting such documents or information in a court filing in this litigation, provided that at least seven (7) days' notice of such an intended filing is provided to the opposing party, who can then seek any appropriate relief from the court if necessary.

3. Pursuant to the parties' agreement, Wells Fargo shall provide a Rule 30(b)(6) deponent for a supplemental telephonic deposition at a date and time to be agreed upon by the parties.

4. To facilitate the above discovery activities, the parties have agreed to file a stipulation to continue case deadlines by approximately 45 days for the district judge's consideration.

IT IS SO ORDERED.

Dated: February 22, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE