Eric Andrew Mercer, SBN 248707
LAW OFFICE OF ERIC ANDREW MERCER
770 L Street, Suite 950
Sacramento, CA 95814
Telephone:     (916) 361-6022
Facsimile:     (916) 361-6023
Email:         eric@ericmercerlaw.com

Attorneys for Plaintiff PAUL SCHRUPP

Leigh O. Curran (# 173322)
  lcurran@afrct.com
D. Dennis La (# 237927)
  dla@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
  CAMPBELL & TRYTTEN LLP
301 N. Lake Ave., Suite 1100
Pasadena, California 91101-4158
Telephone: (626) 535-1900
Facsimile: (626) 577-7764

Attorneys for Defendant
WELLS FARGO BANK, N.A.
("Wells Fargo")

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PAUL SCHRUPP, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A.; NDEX WEST, L.L.C.; and DOES 1 through 20 inclusive,<br><br>        Defendants. | Case No. 2:16-cv-00636-WBS-KJN<br><br>**ORDER TO CONTINUE DISPOSITIVE MOTION CUT-OFF, FINAL PRETRIAL CONFERENCE, AND TRIAL DATES**<br><br>Complaint Filed: January 10, 2016<br>Trial Date:  June 19, 2018 |

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

The Court, having read and considered the Joint Stipulation to Extend Discovery-Related Deadlines by and between Plaintiff, PAUL SCHRUPP, and Defendant, WELLS FARGO BANK, N.A., (collectively, the "Parties") (collectively, the "Parties"), and good cause appearing therefore, hereby ORDERS that:

1.     The last day to file dispositive motions shall be April 13, 2018;

2.     The Final Pretrial Conference shall be June 4, 2018 at1:30p.m., and

3.     The first day of trial shall be August 21, 2018 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated:  March 1, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

93000/BR1883/01984914-1

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 301 N. Lake Ave., Suite 1100, Pasadena, California 91101-4158.

On the date below, I served a copy of the foregoing document entitled:

**[PROPOSED] ORDER TO CONTINUE DISPOSITIVE MOTION CUT-OFF, FINAL PRETRIAL CONFERENCE, AND TRIAL DATES**

on the interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System:**

***Counsel for Plaintiff***

Eric Andrew Mercer, Esq.
eric@ericmercerlaw.com
LAW OFFICE OF
ERIC ANDREW MERCER
770 L Street, Suite 950
Sacramento, CA 95814
Tel: (916) 361-6022
Fax: (916) 361-6023

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on February 28, 2018.

| Marianne Mantoen | */s/ Marianne Mantoen* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |

93000/BR1883/01984914-1

3