UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PAUL SCHRUPP, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; NDEX WEST, L.L.C.; and DOES 1 through 20 inclusive,<br><br>Defendants. | Case No. 2:16-cv-00636-WBS-KJN<br><br>**[PROPOSED] ORDER RE: STIPULATED PROTECTIVE ORDER** |

The Court, having read and considered the Stipulated Protective Order by and between Plaintiff, PAUL SCHRUPP, and Defendant, WELLS FARGO BANK, N.A., (collectively, the "Parties") (collectively, the "Parties"), and good cause appearing therefore, hereby enters the joint protective order as follows:

1. The parties stipulate to a protective order regarding policies and procedures documents produced by Wells Fargo which shall be used solely for discovery, preparation for trial, trial, and any appeal of this Action, and shall not be disclosed to anyone outside this litigation;

2. The protective order does not preclude either party from submitting such documents or information in a court filing in this litigation, provided that at least seven (7) days' notice of

93000/BR1883/01984914-1

1

[PROPOSED] ORDER RE STIPULATED PROTECTIVE ORDER

such an intended filing is provided to the opposing party, who can then seek any appropriate relief from the court if necessary;

3. The documents may not be used in any future action unless independently obtained through discovery; and

4. The protective order shall remain in full force and effect until modified, superseded or terminated by further order of the Court.

IT IS SO ORDERED, with the following amendments and clarifications:

1. The parties shall comply with the provisions and procedures of Local Rules 140 and 141 with respect to sealing or redaction requests.

2. Prior to filing any motion related to this stipulated protective order or other discovery motion, the parties shall first exhaust informal meet-and-confer efforts and otherwise comply with Local Rule 251.

3. Pursuant to Local Rule 141.1(f), the court will not retain jurisdiction over enforcement of the terms of this stipulated protective order after the action is terminated.

Dated: March 8, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE