UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SCHRUPP, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A.; NDEX WEST, L.L.C.; and DOES 1 through 20 inclusive,<br><br>　　　　Defendants. | Case No.: 2:16-cv-00636-WBS-KJN<br><br>**ORDER VACATING HEARING ON DEFENDANT WELLS FARGO'S FEE MOTION** |

On June 1, 2018, defendant WELLS FARGO BANK, N.A. ("Wells Fargo") filed a motion for attorneys' fees in the above-entitled action, having obtained a judgment after prevailing on summary judgment. (Doc. 73 [Fee Motion].)  The matter is presently set for hearing on May 18, 2020.

93000/BR1883/02479906-1

CASE NO.:  2:16-CV-00636-WBS-KJN
CERTIFICATE OF SERVICE

On May 11, 2020, the parties filed a joint stipulation to withdraw Wells Fargo's fee motion.  Having reviewed the joint stipulation, and good cause appearing, the Court rules as follows:

1.  The hearing on Wells Fargo's motion for attorneys' fees, scheduled for May 18, 2020, is VACATED; *and*

2.  Wells Fargo's fee motion is hereby withdrawn.

**IT IS SO ORDERED.**

Dated:  May 12, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

### CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 301 N. Lake Avenue, Suite 1100, Pasadena, California 91101.

On the date below, I served a copy of the foregoing document entitled:

**[PROPOSED] ORDER VACATING HEARING ON
DEFENDANT WELLS FARGO'S FEE MOTION**

on the interested parties in said case as follows:

*Served Electronically Via the Court's CM/ECF System:*

Eric Andrew Mercer, Esq.
LAW OFFICE OF ERIC ANDREW MERCER
770 L Street, Suite 950
Sacramento, CA 95814
Tel:  (916) 361-6022
Fax:  (916) 361-6023
eric@ericmercerlaw.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.  This declaration is executed in Pasadena,

CASE NO.:  2:16-CV-00636-WBS-KJN
CERTIFICATE OF SERVICE

California on **May 11, 2020.**

| | |
|---|---|
| Marianne Mantoen | */s/ Marianne Mantoen* |
| (Type or Print Name) | (Signature of Declarant) |

CASE NO.:  2:16-CV-00636-WBS-KJN
CERTIFICATE OF SERVICE